SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

November 6, 2015

Lauren Rainer
Official Reporter, 387th District
Court
301 Jackson Street
Richmond, TX 77469
* DELIVERED VIA E-MAIL *

RE:    **Court of Appeals Number:** 01-15-00942-CV    **Trial Court Case Number:** 15-DCV-221171

**Style:** Thomas Dale Arbogst v. Rainbow of Love

Dear Reporter:

The reporter's record was due to be filed 10/12/2015, but it has not been received for filing. *See* TEX. R. APP. P. 35.1. Please file the reporter's record within 30 days of the date of this notice. *See* TEX. R. APP. P. 37.3(a)(1).

Or, you may use the information sheet on the Forms page of the Court's website, http://www.txcourts.gov/1stcoa, to notify my office that: (1) proceedings were not recorded; (2) no party has requested a reporter's record; (3) the party responsible for paying for preparation of the reporter's record has not paid the reporter's fee or has not made satisfactory arrangements to pay the fee and, is not entitled to appeal without paying the fee, i.e., the party is not indigent. *See* TEX. R. APP. P. 35.3 (b).

If either the reporter's record or a request for an extension of time is not filed by the due date, this matter will be referred to the Court so it can make whatever order is appropriate to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1).

Sincerely,

Christopher A. Prine, Clerk of the Court

By Noemi E. Hernandez, Deputy Clerk

cc: Thomas Dale Arbogst
Hon. Ronald Rope
The Honorable Fort Bend District Clerk's Office (DELIVERED VIA E-MAIL)
Melody Brooks Royall (DELIVERED VIA E-MAIL)



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
NOV 16 2015
CHRISTOPHER A. PRINE
CLERK

N. HOUSTON
TX 773
06 NOV 15
PM 2 L

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE ≫ PITNEY BOWES
ZIP 77002 $ 000.48⁵
02 1W
0001372104 NOV 06 2015

RTS

CASE NO. 01-15-00942-CV
THOMAS DALE ARBOGST
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE

NIXIE        711    5E  1009        0011/12/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC:  77002206699      *2633-11842-06-44

